UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60083-CR-ZLOCH /ROSENBAUM

18 U.S.C. § 1030(a)(2)(B) & (c)(2)(A)

UNITED STATES OF AMERICA,

v.

ROBERTO RODRIGUEZ,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-17

From on or about January 2, 2008, and continuing until on or about March 9, 2009, at Broward County, in the Southern District of Florida, the defendant,

**ROBERTO RODRIGUEZ,**

did intentionally exceed authorized access to a computer, and thereby obtained information for his personal use, from the Social Security Administration, a department and agency of the United States, that is, the defendant exceeded authorized access on the Social Security Administration's computer and obtained names, dates of birth, Social Security

numbers, and summary earnings information for the individuals listed and dates set forth below:

| COUNT | DATES OF ACCESS | INITIALS OF INDIVIDUAL WHOSE INFORMATION WAS ACCESSED |
|---|---|---|
| 1 | 1/2/08 through 3/9/09 | S.A.C. |
| 2 | 1/2/08 through 2/5/09 | J.R. |
| 3 | 1/7/08 through 11/21/08 | D.M.F. |
| 4 | 1/15/08 | R.M.F. |
| 5 | 1/15/08 | B.A.F. |
| 6 | 1/9/08 through 11/18/08 | N.D.S. |
| 7 | 1/10/08 through 1/26/09 | C.D.C. |
| 8 | 10/2/08 | C.N.C. |
| 9 | 3/5/08 through 1/20/09 | J.D.W. |
| 10 | 3/14/08 through 1/30/09 | A.J. |
| 11 | 3/17/08 through 6/20/08 | J.A.DeK. |
| 12 | 4/29/08 through 6/9/08 | J.B.G. |
| 13 | 5/12/08 through 12/5/08 | B.L.I. |
| 14 | 6/6/08 | T.B.I. |
| 15 | 6//30/08 through 9/29/08 | C.T.S. |
| 16 | 9/29/08 through 12/6/08 | D.R. |
| 17 | 1/21/09 through 1/22/09 | M.B.S. |

All in violation of Title 18, United States Code, Sections 1030(a)(2)(B) and (c)(2)(A).

A TRUE BILL

_____
FORE

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
LAURIE E. RUCOBA
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERTO RODRIGUEZ,

        Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)  (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | _X_ |
   | IV | 21 to 60 days | ____ | Felony | ____ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    No
   If yes
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of
   Defendant(s) in state custody as of
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  _X_ Yes  ____ No

                                  */s/ Laurie E. Rucoba*
                                  LAURIE E. RUCOBA
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Court No. A5500052

REV.4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: __ROBERTO RODRIGUEZ__   Case No: _____

Counts #1-17: __Exceeded authorized access to a SSA computer._____

in violation of: Title 18, United States Code, Section 1030(a)(2)(B) & (c)(2)(A)

\* **Max. Penalty**: Not more than 1 year's imprisonment, not more than 1 year's supervised release and $100,000 fine

Count # :

_____

\*Max. Penalty:

Count # :

_____

\*Max. Penalty:

Count #:

_____

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.